UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 7:09-CR-167-1D(3)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER TO SEAL |
| ) | |
| WILBERT ROBERT SCHMIDT ) | |

Upon motion of the United States, it is hereby ORDERED the Victim Impact Statement be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a signed copy of the Order to the United States Attorney's Office.

This the __13__ day of August, 2010.

JAMES C. DEVER, III
UNITED STATES DISTRICT JUDGE